UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:01 CR 10201 PBS |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 846 - Conspiracy |
| NATHANIEL FERNANDEZ, | ) to Distribute Cocaine Base; |
| a/k/a "NATE" OR "FATS;" | ) 21 U.S.C. § 841(a)(1) -- |
| MONTREZ WHITEHEAD, | ) Distribution of Cocaine |
| a/k/a "FAT ROUNDS;" | ) Base |
| ANTHONY THIGPEN, | ) |
| a/k/a "ANTZ;" | ) |
| HENRY SANDERS, | ) |
| a/k/a "SCOOTER;" | ) |
| MARIE HARVEY; and | ) |
| PAULA COSTA | ) |

I hereby certify on 2/1/08 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 6/14/01
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

INDICTMENT

**COUNT ONE:** (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about June of 1997, and continuing thereafter until the date of this indictment, in the District of Massachusetts and elsewhere,

**NATHANIEL FERNANDEZ, A/K/A "NATE" OR "FATS"**
**MONTREZ WHITEHEAD, A/K/A "FAT ROUNDS"**
**ANTHONY THIGPEN, A/K/A "ANTZ"**
**HENRY SANDERS, A/K/A "SCOOTER"**
**MARIE HARVEY**
**AND**
**PAULA COSTA**

the defendants herein, did knowingly and intentionally conspire and agree among themselves and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, 50 grams or more of a mixture or substance which contains a detectable amount of cocaine base, also known as

9

"crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

**<u>COUNT TWO</u>:** **(21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 7, 2000, at Fall River, in the District of Massachusetts,

**MARIE HARVEY,**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**COUNT THREE:** **(21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 22, 2000, at Fall River, in the District of Massachusetts,

**NATHANIEL FERNANDEZ, A/K/A "NATE" OR "FATS"**
**ANTHONY THIGPEN, A/K/A "ANTZ"**
**AND**
**MARIE HARVEY**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**COUNT FOUR:** **(21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 31, 2000, at Fall River, in the District of Massachusetts,

**NATHANIEL FERNANDEZ, A/K/A "NATE" OR "FATS"**
**AND**
**MARIE HARVEY**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**<u>COUNT FIVE</u>: (21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about October 2, 2000, at Fall River, in the District of Massachusetts,

**NATHANIEL FERNANDEZ, A/K/A "NATE" OR "FATS"**
**AND**
**MARIE HARVEY**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute, 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and Title 18, United States Code, Section 2.

**COUNT SIX:** **(21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about October 24, 2000, at Fall River, in the District of Massachusetts,

**MONTREZ WHITEHEAD A/K/A "FAT ROUNDS"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**<u>COUNT SEVEN</u>: (21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about October 26, 2000, at Fall River, in the District of Massachusetts,

**MARIE HARVEY,**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**COUNT EIGHT:** **(21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about February 22, 2001, at Fall River, in the District of Massachusetts,

**ANTHONY THIGPEN, A/K/A "ANTZ"**
**AND**
**PAULA COSTA**

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**COUNT NINE:** **(21 U.S.C. 841(a)(1) -- Possession With Intent to Distribute Cocaine Base)**

The Grand Jury further charges that:

On or about February 23, 2001, at Fall River, in the District of Massachusetts,

**MONTREZ WHITEHEAD, A/K/A "FAT ROUNDS"**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

**COUNT TEN:** **(21 U.S.C. 841(a)(1) -- Possession with Intent to Distribute Cocaine Base)**

The Grand Jury further charges that:

On or about May 1, 2001, at Fall River, in the District of Massachusetts,

**HENRY SANDERS, A/K/A "SCOOTER"**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii) and Title 18, United States Code, Section 2.

A TRUE BILL,

FOREPERSON OF THE GRAND JURY (DEPUTY)

Theodore B. Heinrich
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS June 14, 2001

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk
11:02pm