[redacted]

CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:01-cr-10201-PBS-4
# Internal Use Only

Case title: USA v. Harvey, et al

Date Filed: 06/14/2001
Date Terminated: 09/17/2002

---

Assigned to: Judge Patti B. Saris

**Defendant (4)**

**Henry Sanders**
*TERMINATED: 10/01/2002*
*also known as*
Scooter

represented by **Kristin D. Sastowski**
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
*TERMINATED: 10/01/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mark W. Pearlstein**
McDermott, Will & Emery
28 State Street
Boston, MA 02109
617-535-4000
Fax: 617-535-3800
Email: mpearlstein@mwe.com
*TERMINATED: 10/01/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I hereby certify on 2/1/08 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By ______
Deputy Clerk

**Pending Counts**

21:846 Conspiracy to Distribute Cocaine Base (21:846=CD.F)
(1s)

21:841(a)(1)=CD.F-POSSESSION WITH INTENT TO DISTRIBUTE

**Disposition**

COCAINE BASE
(10)

21:841(a)(1) Possession with Intent to Distribute Cocaine Base
(21:841A=CD.F)
(10s)

The deft is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 78 months. A Judicial recommendation to a 500 hour drug treatment program. The deft is remanded to the custody of the US Marshal. Upon releas e from imprisonment, the deft shall be on supervised release for a total term of 36 months. Deft is to attend substance abuse counseling and testing as directed by US Probation. Deft is to attend an anger management program. A $100.00 special as sessment is due immediately. The $1500 fine is to be paid out during the period of supervised release. cc/cl

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=CD.F CONSPIRACY TO DISTRIBUTE COCAINE BASE (1) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Notice**

**Pretrial Services**

---

**Notice**

**Probation Office** represented by **Probation Office**
U.S. Probation Office
1 Courthouse Way

Boston, MA 02210
617-223-9198
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA** represented by **Theodore B. Heinrich**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3245
Fax: 617-748-3963
Email: Theodore.Heinrich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2001 | | (Court only) Case sealed. [ 1:01-m -843 ] (mr) (Entered: 04/18/2001) |
| 04/17/2001 | | (Court only) **Added Government Attorney Ted Heinrich [ 1:01-m -843 ] (mr) (Entered: 04/18/2001) |
| 06/14/2001 | 9 | SEALED INDICTMENT returned as to Nathaniel Fernandez (1) count(s) 1, 3, 4, 5, Montrez Whitehead (2) count(s) 1, 6, 9, Anthony Thigpen (3) count(s) 1, 3, 8, Henry Sanders (4) count(s) 1, 10, Marie Harvey (5) count(s) 1, 2, 3, 4, 5, 7, Paula Costa (6) count(s) 1, 8 . (Preliminary Examination cancelled.) (vah) (Entered: 06/15/2001) |
| 06/14/2001 | | Arrest warrant issued as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Paula Costa . (vah) (Entered: 06/15/2001) |
| 06/14/2001 | 10 | MOTION by USA , as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa to seal the indictment , filed. (vah) (Entered: 06/15/2001) |
| 06/14/2001 | | Mag. Judge Judith G. Dein . ENDORSED ORDER as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa : granting [10-1] motion to seal the indictment as to Nathaniel Fernandez (1), Montrez Whitehead (2), Anthony Thigpen (3), Henry Sanders (4), Marie Harvey (5), Paula Costa (6). (vah) (Entered: 06/15/2001) |

| | | |
|---|---|---|
| 06/14/2001 | | (Court only) Count(s) added Nathaniel Fernandez (1) count(s) 1, 3, 5, Montrez Whitehead (2) count(s) 1, 6, 9, Anthony Thigpen (3) count(s) 1, 3, 8, Henry Sanders (4) count(s) 1, 10, Marie Harvey (5) count(s) 1, 2, 3, 5, 7, Paula Costa (6) count(s) 1, 8 (sad) (Entered: 11/08/2001) |
| 07/05/2001 | | Indictment unsealed as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa . (sealed) (Entered: 07/05/2001) |
| 07/05/2001 | | (Court only) Remove sealed flag (sealed) (Entered: 07/05/2001) |
| 07/16/2001 | 11 | MOTION by USA , as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa to unseal [9-1] indictment , filed. (pc) (Entered: 09/19/2001) |
| 07/16/2001 | | Mag. Judge Marianne B. Bowler. ENDORSED ORDER as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa : granting [11-1] motion to unseal [9-1] indictment as to Nathaniel Fernandez (1), Montrez Whitehead (2), Anthony Thigpen (3), Henry Sanders (4), Marie Harvey (5), Paula Costa (6), cc/cl. (pc) (Entered: 10/03/2001) |
| 07/16/2001 | | (Court only) **Added Government Attorney Ted Heinrich [ 1:01-m -886 ] (mr) (Entered: 07/16/2001) |
| 08/28/2001 | 30 | Arrest warrant returned executed as to Henry Sanders on 8/28/01. (pc) (Entered: 08/30/2001) |
| 08/30/2001 | 29 | Letter (non-motion) filed by USA by Ted Heinrich as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, dated: August 24, 2001, re: police reports concerning alleged offenses. (pc) (Entered: 08/30/2001) |
| 09/24/2001 | | (Court only) **Added for Henry Sanders Attorney Mark W. Pearlstein (fmr) (Entered: 09/24/2001) |
| 09/24/2001 | | Detention hearing as to Henry Sanders held. (pc) (Entered: 09/25/2001) |
| 09/24/2001 | 33 | Mag. Judge Marianne B. Bowler. CLERK'S NOTES as to Henry Sanders, re: Detention Hearing/First Appearance in this court, defendant requests counsel, court orders counsel be appointed; set Detention Hearing for 2:00 on 9/25/01 for Henry Sanders before Mag. Judge Marianne B. Bowler ; Court Reporter: tape 01-44 (pc) (Entered: 09/25/2001) |
| 09/25/2001 | 34 | CJA 23 FINANCIAL AFFIDAVIT by Henry Sanders , as to Henry Sanders, filed. (pc) (Entered: 09/25/2001) |
| 09/25/2001 | 35 | Rule 40 Documents as to Henry Sanders received from Savannah, GA. (pc) (Entered: 09/25/2001) |
| 09/25/2001 | | Detention hearing as to Henry Sanders held. (pc) (Entered: 09/27/2001) |

| | | |
|---|---|---|
| 09/25/2001 | 37 | Mag. Judge Marianne B. Bowler. CLERK'S NOTES as to Henry Sanders, re: Detention Hearing held; defendant requests a continuance, set Detention Hearing for 11:00 on 10/11/01 for Henry Sanders before Mag. Judge Marianne B. Bowler ; Court Reporter: 01-45 (pc) (Entered: 09/27/2001) |
| 09/26/2001 | 36 | JOINT MOTION by Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa for order of excludable delay for the period of time from 7/19/01 to 8/24/01 pursuant to: Speedy Trial Act , filed. (pc) (Entered: 09/27/2001) |
| 09/26/2001 | | (Court only) **Excludable XT start as to Henry Sanders (pc) (Entered: 12/05/2001) |
| 09/27/2001 | | Mag. Judge Marianne B. Bowler. ENDORSED ORDER as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa : granting [36-1] joint motion for order of excludable delay for the period of time from 7/19/01 to 8/24/01 pursuant to: Speedy Trial Act as to Nathaniel Fernandez (1), Montrez Whitehead (2), Anthony Thigpen (3), Henry Sanders (4), Marie Harvey (5), Paula Costa (6). (pc) (Entered: 09/28/2001) |
| 09/28/2001 | | (Court only) **Excludable XT start as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa (pc) (Entered: 09/28/2001) |
| 09/28/2001 | | (Court only) **Excludable XT start as to Henry Sanders (pc) (Entered: 09/28/2001) |
| 10/11/2001 | | Detention hearing as to Montrez Whitehead, Henry Sanders held. (pc) (Entered: 10/16/2001) |
| 10/11/2001 | | Arraignment as to Montrez Whitehead, Henry Sanders held . (pc) (Entered: 10/16/2001) |
| 10/11/2001 | 42 | Mag. Judge Marianne B. Bowler. CLERK'S NOTES as to Montrez Whitehead, Henry Sanders, re: Detention Hearing;, set status conference for 10:00 on 12/6/01 for Montrez Whitehead, for Henry Sanders before Mag. Judge Marianne B. Bowler , set Detention Hearing for 11:00 on 10/18/01 for Montrez Whitehead, for Henry Sanders before Mag. Judge Marianne Bowler ; Court Reporter: tape 01-51, 01-52 (pc) (Entered: 10/16/2001) |
| 10/11/2001 | | PLEA entered by Montrez Whitehead, Henry Sanders . Court accepts plea. Not Guilty: Montrez Whitehead (2) count(s) 1, 6, 9, Henry Sanders (4) count(s) 1, 10 (pc) (Entered: 12/03/2001) |
| 10/28/2001 | 44 | JOINT MOTION by Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa for order of excludable delay for the period of time from October 29, 2001 to November 6, 2001 pursuant to: 18 U.S.C. Sec.3161(h)(1)(F) and (8)(A) , filed. (sat) (Entered: 10/31/2001) |

| | | |
|---|---|---|
| 12/06/2001 | | Status conference as to Montrez Whitehead, Henry Sanders held . (sad) (Entered: 12/06/2001) |
| 12/06/2001 | 67 | Mag. Judge Marianne B. Bowler . CLERK'S NOTES as to Montrez Whitehead, Henry Sanders , re: status conference;, set status conference for 10:30 1/28/02 for Montrez Whitehead, for Henry Sanders ; Court Reporter: tape; discussion regarding discovery; approx. lenth of trial is two weeks. motion filing deadline set for 1/25/01. Government will file motion for excludable delay up to the date for the motion filing (1-25-02) (sad) (Entered: 12/06/2001) |
| 12/06/2001 | 68 | SUPERSEDING INDICTMENT returned as to Jameel Thigpen (7) count(s) 12 , Nathaniel Fernandez (1) count(s) 1s, 3s, 4s, 5s, Montrez Whitehead (2) count(s) 1s, 6s, 9s, Anthony Thigpen (3) count(s) 1s, 3s, 8s, Henry Sanders (4) count(s) 1s, 10s, Marie Harvey (5) count(s) 1s, 2s, 3s, 4s, 5s, 7s, Paula Costa (6) count(s) 1s, 8s , Jameel Thigpen (7) count(s) 11 . (cmg) Modified on 03/07/2002 (Entered: 12/10/2001) |
| 12/06/2001 | | (Court only) **Procedural Interval start P99 as to Marie Harvey (5) count(s) cmp, Jameel Thigpen (7) count(s) cmp (vah) (Entered: 04/15/2002) |
| 12/10/2001 | | Judge Patti B. Saris Referral to Mag. Judge Marianne B. Bowler as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen . Purpose: pretrial (cmg) (Entered: 12/10/2001) |
| 12/12/2001 | 70 | NOTICE issued of Hearing/Conference as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen, set Arraignment on the first superseding indictment for 10:15 12/20/01 for Nathaniel Fernandez, for Montrez Whitehead, for Anthony Thigpen, for Henry Sanders, for Marie Harvey, for Paula Costa, for Jameel Thigpen before Mag. Judge Marianne B. Bowler (mr) (Entered: 12/18/2001) |
| 12/13/2001 | 69 | Joint MOTION by USA , as to Montrez Whitehead, Henry Sanders for order of excludable delay for the period of time from 10/11/01 to 11/8/01, from 11/20/01 to 12/13/01 and from 12/6/01 to 1/28/02 , filed. c/s (mr) (Entered: 12/18/2001) |
| 12/18/2001 | | Arraignment as to Henry Sanders held Henry Sanders (4) count(s) 1s, 10s . (mr) (Entered: 12/20/2001) |
| 12/18/2001 | | PLEA entered by Henry Sanders . Court accepts plea. Not Guilty: Henry Sanders (4) count(s) 1s, 10s (mr) (Entered: 12/20/2001) |
| 12/18/2001 | 71 | Mag. Judge Judith G. Dein . CLERK'S NOTES as to Henry Sanders , re: araignment;defendant pleads not guilty on counts 1s and 10s; set status conference for 10:30 1/28/02 for Henry Sanders before Mag. Judge Judith G. Dein ; deft remanded to US Marshal; Court Reporter: tape 0186 (mr) (Entered: 12/20/2001) |

| | | |
|---|---|---|
| 12/19/2001 | | Mag. Judge Marianne B. Bowler . ENDORSED ORDER as to Montrez Whitehead, Henry Sanders : granting [69-1] motion for order of excludable delay for the period of time from 10/11/01 to 11/8/01, from 11/20/01 to 12/13/01 and from 12/6/01 to 1/28/02 as to Montrez Whitehead (2), Henry Sanders (4). (vah) (Entered: 12/26/2001) |
| 12/19/2001 | | (Court only) **Excludable XT start as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen (vah) (Entered: 12/26/2001) |
| 01/16/2002 | | (Court only) **Address labels only (fmr) (Entered: 01/16/2002) |
| 01/25/2002 | 83 | MOTION by Henry Sanders to suppress , filed. c/s (kf) (Entered: 01/25/2002) |
| 01/28/2002 | 84 | JOINT MOTION by USA, Montrez Whitehead, Henry Sanders, Jameel Thigpen for order of excludable delay for the period of time from 1/28/02 to 3/5/02 pursuant to: 18:3161 , filed. (mr) (Entered: 01/30/2002) |
| 01/28/2002 | | Status conference as to Montrez Whitehead, Henry Sanders, Jameel Thigpen held . (mr) (Entered: 01/30/2002) |
| 01/28/2002 | 85 | Ch. Mag Judge Marianne B. Bowler . CLERK'S NOTES as to Montrez Whitehead, Henry Sanders, Jameel Thigpen , re: Status conference; govt states counsel for deft 2 file motion to suppress; Thigpen & Whitehead could have solution by way of plea; Sanders defense states assuming motion will need to be heard; defense counsel re: Whitehead: additional motions to be filed; all request further final status conference; RE: Sanders - final status report to issue due to motions; , set further status conference for 10:00 3/5/02 for Montrez Whitehead, for Jameel Thigpen before Ch. Mag Judge Marianne B. Bowler ; Court Reporter: tape 02-05 (mr) (Entered: 01/30/2002) |
| 01/29/2002 | 86 | Ch. Mag Judge Marianne B. Bowler . Final STATUS REPORT filed by Magistrate as to Henry Sanders returning case to District Judge. (mr) (Entered: 01/30/2002) |
| 01/31/2002 | 89 | NOTICE issued of Hearing/Conference as to Henry Sanders, Motion hearing set for 2:00 3/22/02 for Henry Sanders for [83-1] motion to suppress cc/l (sad) (Entered: 02/01/2002) |
| 01/31/2002 | | Ch. Mag Judge Marianne B. Bowler . ENDORSED ORDER as to Montrez Whitehead, Anthony Thigpen, Henry Sanders : granting [84-1] joint motion for order of excludable delay for the period of time from 1/28/02 to 3/5/02 pursuant to: 18:3161 as to Montrez Whitehead (2), Henry Sanders (4), Jameel Thigpen (7). (ktb) (Entered: 02/05/2002) |
| 01/31/2002 | | (Court only) **Excludable XT start as to Anthony Thigpen, Henry Sanders, Marie Harvey (ktb) (Entered: 02/05/2002) |
| 02/01/2002 | | (Court only) **Address labels only (fmr) (Entered: 02/01/2002) |

| | | |
|---|---|---|
| 02/07/2002 | 90 | RESPONSE by USA as to Henry Sanders re: [83-1] motion to suppress , filed. c/s (sad) (Entered: 02/08/2002) |
| 03/07/2002 | | CASE NO LONGER REFERRED TO Ch. Mag Judge Marianne B. Bowler. (ms) (Entered: 03/12/2002) |
| 03/22/2002 | 108 | MOTION by Henry Sanders for Kristin D. Sostowski to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 37932 , filed. (ms) (Entered: 03/26/2002) |
| 03/22/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Henry Sanders : granting [108-1] motion for Kristin D. Sostowski to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 37932 as to Henry Sanders (4).cc/cl (ms) (Entered: 03/26/2002) |
| 03/22/2002 | | (Court only) **Added for Henry Sanders Attorney Kristin D. Sastowski (ms) (Entered: 03/26/2002) |
| 03/22/2002 | | Motion hearing as to Henry Sanders re: [83-1] motion to suppress Motion hearing held . (ms) (Entered: 03/26/2002) |
| 03/22/2002 | 109 | Judge Patti B. Saris. CLERK'S NOTES as to Henry Sanders , re: Evidentiary hearing;, Motion hearing set for 11:30 4/10/02 for Henry Sanders for [83-1] motion to suppress ; Govt presents its case. Defense presents its case. Hearing on motion continued to 4/10/02 11:30 Court Reporter: Marie Cloonan (ms) (Entered: 03/26/2002) |
| 03/22/2002 | 110 | Witness list as to Henry Sanders. (ms) (Entered: 03/26/2002) |
| 04/03/2002 | 111 | JOINT MOTION by Henry Sanders and USA to continue hearing date from 4/10/02 to 4/25 or 4/26/02 , filed. (ms) (Entered: 04/04/2002) |
| 04/05/2002 | | Judge Patti B. Saris . ENDORSED ORDER as to Henry Sanders : granting [111-1] joint motion to continue hearing date from 4/10/02 to 4/25 or 4/26/02 as to Henry Sanders (4). (ms) (Entered: 04/10/2002) |
| 04/05/2002 | | (Court only) **Excludable XT start as to Henry Sanders (ms) (Entered: 04/11/2002) |
| 04/08/2002 | 124 | NOTICE issued of Rescheduled Motion Hearing as to Henry Sanders, Motion hearing set for 3:30 4/25/02 for Henry Sanders for [83-1] motion to suppress (ms) (Entered: 04/10/2002) |
| 04/23/2002 | 127 | MOTION by USA , as to Henry Sanders to continue hearing filed. (ms) (Entered: 04/23/2002) |
| 04/24/2002 | | (Court only) Text not available. (Entered: 04/24/2002) |
| 04/24/2002 | 130 | Notice of change of address for Frances L. Robinson by Frances L. Robinson (ms) (Entered: 04/25/2002) |
| 04/24/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Henry Sanders: granting [127-1] motion to continue hearing as to Henry Sanders (4). Allowed. The Hearing will be held on May 10, 2002 at 3:00.cc/cl (ms) (Entered: |

| | | |
|---|---|---|
| | | 04/25/2002) |
| 04/25/2002 | | Deadline updated as to Henry Sanders;, reset Sentencing for 2:00 5/10/02 for Henry Sanders . (ms) (Entered: 04/25/2002) |
| 05/02/2002 | 131 | Notice of change of address for Willie J. Davis by Willie J. Davis (ms) (Entered: 05/06/2002) |
| 05/10/2002 | | Change of Plea Hearing as to Henry Sanders held. (ms) (Entered: 05/13/2002) |
| 05/10/2002 | 136 | Judge Patti B. Saris . CLERK'S NOTES as to Henry Sanders , re: Change of plea;, Rule 11 hearing held. Deft. pleads guilty to count 10 of the superceding indictment. Gov't states maximum penalties. Gov't states the evidence it would prove at trial. Court accepts dept. plea. set Sentencing for 4:00 8/8/02 for Henry Sanders ; Court Reporter: Marie Cloonan (ms) (Entered: 05/13/2002) |
| 05/10/2002 | 137 | Judge Patti B. Saris. Procedural order re sentencing hearing as to Henry Sanders entered. terminating [83-1] motion to suppress as to Henry Sanders (1). cc/cl (ms) (Entered: 05/13/2002) |
| 05/10/2002 | 151 | Plea Agreement as to Henry Sanders , filed. (ms) (Entered: 07/02/2002) |
| 05/13/2002 | | (Court only) **Address labels for term attys only (ms) (Entered: 05/13/2002) |
| 05/28/2002 | 148 | Exhibit list, filed. (ms) (Entered: 06/04/2002) |
| 06/20/2002 | 152 | Ch. Mag Judge Marianne B. Bowler . CJA appointment for Henry Sanders , Attorney Mark W. Pearlstein appointed. (tmc) (Entered: 07/03/2002) |
| 07/24/2002 | 161 | JOINT MOTION by Henry Sanders to continue Sentencing , filed. (ms) (Entered: 07/25/2002) |
| 07/25/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Henry Sanders : granting [161-1] joint motion to continue Sentencing as to Henry Sanders (4). (ms) (Entered: 07/29/2002) |
| 07/25/2002 | 162 | NOTICE issued of Rescheduled Sentencing as to Henry Sanders, reset Sentencing for 3:00 9/17/02 for Henry Sanders cc/cl (ms) (Entered: 07/29/2002) |
| 09/09/2002 | 169 | Transcript of proceedings held on 7/15/02 hearing date: before Judge: Patti B. Saris, , Court Reporter: Marie Cloonan, filed. (ms) (Entered: 09/10/2002) |
| 09/10/2002 | 170 | SENTENCING MEMORANDUM by Henry Sanders as to Henry Sanders filed. (ms) (Entered: 09/11/2002) |
| 09/13/2002 | 182 | MOTION by USA, as to Henry Sanders Filed under seal , filed. (ms) (Entered: 09/27/2002) |

| | | |
|---|---|---|
| 09/13/2002 | 187 | MOTION by USA , as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen to seal/impound , filed. (ms) (Entered: 09/27/2002) |
| 09/17/2002 | | Sentencing held Nathaniel Fernandez (1) count(s) 1s, 3s, 4s, 5s, Montrez Whitehead (2) count(s) 1s, 6s, 9s, Anthony Thigpen (3) count(s) 1s, 3s, 8s, Henry Sanders (4) count(s) 1s, 10s, Jameel Thigpen (7) count(s) 11, 12 . (ms) (Entered: 09/23/2002) |
| 09/17/2002 | 172 | Judge Patti B. Saris. CLERK'S NOTES as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Jameel Thigpen, re: Sentencing held as to all 5 defts. Counsel address court as to deft Fernandez. Court Sentences Nathaniel Fernandez as Follows: 120 months imprisonment with a recommendation to a 500 hr drug treatment program, 60 months supervised release, substance abuse counseling and testing, procure employment, $2000 fine, $400.00 sp. assessment. Counsel address court as to deft Anthony Thigpen, Court sentences deft A.Thigpen as follows: 96 months imprisonment with a judicial reccomendation to a $500.00hr drug treatment program, 60 months Sup.release, Substance abuse counseling and testing, mental health counseling, procure employment $1500.00 fine, $100.00 special assessment. Counsel address court as to Deft Montrez Whitehead. Court sentences deft Whitehead as follows: 84 months imprisonment, recommendation to a 500 hr drug treatment, 60 months supervised release, substance abuse counseling and testing, procure employment, attend batterers/anger management counseling, $1500 fine, $100.00 SA. Counsel address court as to deft Jameel Thigpen. Court sentences deft Jameel Thigpen as follows: 68 months imprisonment, 60 months SR, substance abuse counseling and testing, $200 SA. Counsel address court as to deft Henry Sanders. Court sentences deft Henry Sanders as follows: 78 months imprisonment, a judicial recommendation to a 500 hour drug treatment program, 36 months SR, substance abuse counseling and testing, Attend a Batterers/Anger management program, $1500 fine, $100.00 SA. All five deft individually decline to make statement to the court. All five deft individually notified of their right to appeal. All five deft remanded to the custody of the US Marshal.; Court Reporter: Marie Cloonan (ms) (Entered: 09/23/2002) |
| 09/17/2002 | 174 | MOTION by USA, as to Henry Sanders For dismissal of Henry Sanders from count 1 of the indictment , filed. (ms) (Entered: 09/23/2002) |
| 09/17/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Henry Sanders: granting [174-1] motion For dismissal of Henry Sanders from count 1 of the indictment as to Henry Sanders (4). cc/cl (ms) (Entered: 09/23/2002) |
| 09/17/2002 | | DISMISSAL of Count(s) on Government Motion as to Henry Sanders. Counts 1 Dismissed: Henry Sanders (4) count(s) 1 (ms) (Entered: 09/23/2002) |
| 09/17/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Henry Sanders: granting [182-1] motion Filed under seal as to Henry (4). (ms) (Entered: |

| | | |
|---|---|---|
| | | 09/27/2002) |
| 09/17/2002 | | Judge Patti B. Saris. ENDORSED ORDER as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen: granting [187-1] motion to seal/impound as to Nathaniel Fernandez (1), Montrez Whitehead (2), Anthony Thigpen (3), Henry Sanders (4), Marie Harvey (5), Paula Costa (6), Thigpen (7). cc/cl (ms) (Entered: 09/27/2002) |
| 09/26/2002 | 180 | Judge Patti B. Saris. JUDGMENT entered Henry Sanders (4) count(s) 10s. The deft is hereby committed to the custody of the US Bureau of Prisons to be imprisoned for a total term of 78 months. A Judicial recommendation to a 500 hour drug treatment program. The deft is remanded to the custody of the US Marshal. Upon release from imprisonment, the deft shall be on supervised release for a total term of 36 months. Deft is to attend substance abuse counseling and testing as directed by US Probation. Deft is to attend an anger management program. A $100.00 special assessment is due immediately. The $1500 fine is to be paid out during period of supervised release. cc/cl (ms) (Entered: 09/27/2002) |
| 09/26/2002 | 181 | Judge Patti B. Saris. Statement of reasons as to Henry Sanders (ms) (Entered: 09/27/2002) |
| 10/01/2002 | | **JS3 Closing Card for Henry Sanders Terminated Defendant Henry Sanders (ms) (Entered: 10/01/2002) |
| 10/01/2002 | | Case closed as to all defendants, as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Marie Harvey, Paula Costa, Jameel Thigpen party Jameel Thigpen party Paula Costa party Henry Sanders party Anthony Thigpen party Montrez Whitehead party Nathaniel Fernandez party Marie Harvey (ms) (Entered: 10/01/2002) |
| 11/04/2002 | | Judgment Returned Executed as to Henry Sanders; Deft delivered on 10/30/02. (ms) (Entered: 11/05/2002) |
| 12/13/2002 | | (Court only) **Address labels for term attys only (ms) (Entered: 12/13/2002) |
| 12/01/2003 | 201 | TRANSCRIPT of Evidentiary Hearing as to Henry Sanders held on March 22, 2002 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/01/2003) |
| 12/01/2003 | 203 | TRANSCRIPT of Sentencing Hearing as to Nathaniel Fernandez, Montrez Whitehead, Anthony Thigpen, Henry Sanders, Jameel Thigpen held on September 17, 2002 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/01/2003) |

| | | |
|---|---|---|
| 04/30/2004 | 205 | TRANSCRIPT of Detention Hearing as to Montrez Whitehead, Henry Sanders held on October 11, 2001 before Judge Bowler. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/30/2004) |
| 01/28/2008 | 221 | Probation Jurisdiction Transferred to District of Rhode Island as to Henry Sanders Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Patch, Christine) (Entered: 02/01/2008) |